**Fill in this information to identify the case:**

Debtor name **1604 Sunset Plaza, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **2:21-bk-19157-ER**

■ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■    *Schedule H: Codebtors* (Official Form 206H)
■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■    Other document that requires a declaration    **Statement of Related Cases, Statement of Financial Affairs, and Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/23/2021          x _____
                                Signature of individual signing on behalf of debtor

**Annette Rubin, Trustee of The Stuart and Annette Rubin Family Trust UAD 11/3/2003**
Printed name

**Manager**
Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | 1604 Sunset Plaza, LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | 2:21-bk-19157-ER |

■ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| DLJJ & Assoicates LLC 1801 S. La Cienega Blvd. #301 Los Angeles, CA 90035 | | Services Rendered | | | | Unknown |
| Los Angeles Department of Water and Power P.O. Box 30808 Los Angeles, CA 90030-0808 | | Utility | Unliquidated | | | $10,626.49 |
| SoCal Gas Centralized Correspondence P.O. Box 1626 Monterey Park, CA 91754-8626 | | Utility | | | | Unknown |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

## United States Bankruptcy Court
### Central District of California

| In re | 1604 Sunset Plaza, LLC | | Case No. | 2:21-bk-19157-ER |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | 11 |

### LIST OF EQUITY SECURITY HOLDERS - AMENDED

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| The Stuart and Annette Rubin Family Trust UAD 11/3/2003 | Member | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _____ 12/23/2021 _____    Signature _____

Annette Rubin, Trustee of The Stuart and
Annette Rubin Family Trust UAD 11/3/2003

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned; whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____Beverly Hills_____ , California.

Date: _____12/23/2021_____

**Annette Rubin, Trustee of The Stuart and
Annette Rubin Family Trust UAD 11/3/2003**
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                          Page 1                    **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name  **1604 Sunset Plaza, LLC**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **2:21-bk-19157-ER**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | **Summary of Assets** |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..........................................................................    $    **3,200,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................    $    **5,868.36**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..........................................................................    $    **3,205,868.36**

| Part 2: | **Summary of Liabilities** |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $    **22,723,093.08**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................    $    **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$    **10,626.49**

4.  **Total liabilities** ....................................................................................
   Lines 2 + 3a + 3b                                                                               $    **22,733,719.57**

**Fill in this information to identify the case:**

Debtor name __**1604 Sunset Plaza, LLC**__

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  __**2:21-bk-19157-ER**__

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**3.    Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **East West Bank** | **Business Checking** | **8924** | $5,868.36 |
| 3.2. | **East West Bank** | **Business Checking** | **2405** | $0.00 |

**4.    Other cash equivalents** *(Identify all)*

**5.    Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| |
|---|
| $5,868.36 |

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

Debtor    **1604 Sunset Plaza, LLC**                                    Case number *(If known)*  **2:21-bk-19157-ER**
_____Name_____

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | (Where available) | | | |
| 55.1.  **1604 Sunset Plaza Dr. Los Angeles, CA 90069 APN 5558 011 016** | **100% Owner** | | **Unknown** | **$3,200,000.00** |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

|  |
|---|
| **$3,200,000.00** |

Official Form 206A/B                        Schedule A/B Assets - Real and Personal Property                        page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **1604 Sunset Plaza, LLC** | Case number *(If known)* **2:21-bk-19157-ER** |
|---|---|---|
| | Name | |

**57.**    **Is a depreciation schedule available for any of the property listed in Part 9?**
- ■ No
- ☐ Yes

**58.**    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☐ No
- ■ Yes

### Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ■ No.  Go to Part 11.
- ☐ Yes Fill in the information below.

### Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No.  Go to Part 12.
- ■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| **71.**   **Notes receivable**<br>Description (include name of obligor) | |
| **72.**   **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| **73.**   **Interests in insurance policies or annuities** | |
| **74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **75.**   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>**A. Stuart Rubin, Annette Rubin, 1604 Sunset Plaza, LLC, Stuart Rubin and Annette Rubin, as Trustees of the Stuart and Annette Rubin FamilyTrust, dated 11/4/2003; and Elliot Lander, as Trustee of the Stuart Rubin Children's Trust, dated 12/21/2001 vs. Preferred Bank Case No.: 21CV03982**<br>**Pending in Superior Court of California - County of Santa Barbara** | **Unknown** |

| Nature of claim | **Lawsuit - Civil** |
|---|---|
| Amount requested | **TBD** |

| **76.**   **Trusts, equitable or future interests in property** | |
|---|---|
| **77.**   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

| **78.**   **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |
|---|---|

**79.**    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

| Debtor | **1604 Sunset Plaza, LLC** | Case number *(If known)* | **2:21-bk-19157-ER** |
|---|---|---|---|
| | Name | | |

<span style="background:black;color:white">Part 12:</span> **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,868.36 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .................................................................> | | $3,200,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,868.36 | + 91b. $3,200,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,205,868.36 |

**Fill in this information to identify the case:**

Debtor name __**1604 Sunset Plaza, LLC**__

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  __**2:21-bk-19157-ER**__

■ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |
| **2.1** **East West Bank**<br>Creditor's Name<br><br>**135 N. Los Robles Ave. 7 th Floor**<br>**Pasadena, CA 91101**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**1604 Sunset Plaza Dr.**<br>**Los Angeles, CA 90069**<br>**APN 5558 011 016** | **$1,099,000.00** | **$3,200,000.00** |

Creditor's email address, if known

**Date debt was incurred**
**2016**
**Last 4 digits of account number**

Describe the lien
**Loan**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. East West Bank**
**2. Preferred Bank**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
| --- | --- | --- | --- |
| **2.2** **Preferred Bank**<br>Creditor's Name<br><br>**601 South Figueroa Street**<br>**Los Angeles, CA 90017**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**1604 Sunset Plaza Dr.**<br>**Los Angeles, CA 90069**<br>**APN 5558 011 016** | **$21,624,093.08** | **$3,200,000.00** |

Creditor's email address, if known

**Date debt was incurred**
**2017**
**Last 4 digits of account number**

Describe the lien
**Loan**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **1604 Sunset Plaza, LLC** | | Case number (if known) | **2:21-bk-19157-ER** |
|---|---|---|---|---|
| | Name | | | |

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

■ Contingent

■ Unliquidated

■ Disputed

| | | |
|---|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$22,723,093. 08** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Lenders Foreclosure Services**<br>**2158 Durfee Ave**<br>**South El Monte, CA 91733** | Line  **2.2** | |
| **Maita Prout**<br>**c/o East West Bank**<br>**135 N Los Robles Ave Ste 300**<br>**Pasadena, CA 91101** | Line  **2.1** | |
| **Michael E. Bubman**<br>**Mirman, Bubman & Nahmias, LLP**<br>**21860 Burbank Boulevard, Suite 360**<br>**Woodland Hills, CA 91367** | Line  **2.2** | |
| **Preferred Bank**<br>**1801 Century Park East Ste. 100**<br>**Los Angeles, CA 90067-2303** | Line  **2.2** | |
| **Preferred Bank**<br>**9350 Flair Drive Suite 425**<br>**El Monte, CA 91731** | Line  **2.2** | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**1604 Sunset Plaza, LLC**__

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) __**2:21-bk-19157-ER**__

■ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**DLJJ & Assoicates LLC**<br>**1801 S. La Cienega Blvd. #301**<br>**Los Angeles, CA 90035**<br><br>Date(s) debt was incurred __2021__<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __**Services Rendered**__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**Los Angeles Department of Water**<br>**and Power**<br>**P.O. Box 30808**<br>**Los Angeles, CA 90030-0808**<br><br>Date(s) debt was incurred __2021__<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __**Utility**__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10,626.49** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**SoCal Gas**<br>**Centralized Correspondence**<br>**P.O. Box 1626**<br>**Monterey Park, CA 91754-8626**<br><br>Date(s) debt was incurred __2021__<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __**Utility**__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies,
   assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the<br>related creditor (if any) listed? | Last 4 digits of<br>account number, if<br>any |
|---|---|---|
| | | |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

Debtor    **1604 Sunset Plaza, LLC**
Name

Case number (if known)    **2:21-bk-19157-ER**

| | | Total of claim amounts | |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **10,626.49** |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ | **10,626.49** |

**Fill in this information to identify the case:**

Debtor name      **1604 Sunset Plaza, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:21-bk-19157-ER**

■ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                        12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**

■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal          Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **1604 Sunset Plaza, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:21-bk-19157-ER**

■ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Stuart Rubin** | **715 North Alpine Drive**<br>**Beverly Hills, CA 90210** | **Preferred Bank** | ■ D    **2.2**<br>☐ E/F  \_\_\_\_\_<br>☐ G  \_\_\_\_\_ |
| 2.2   **The Stuart and Annette Rubin Family Trust UAD 11/3/2003** | **715 North Alpine Drive**<br>**Beverly Hills, CA 90210** | **Preferred Bank** | ■ D    **2.2**<br>☐ E/F  \_\_\_\_\_<br>☐ G  \_\_\_\_\_ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **1604 Sunset Plaza, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:21-bk-19157-ER**

■ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2021** to **Filing Date** | ☐ Operating a business ☑ Other   **Rental Income** | $59,000.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None.

   | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**

| Debtor | **1604 Sunset Plaza, LLC** | Case number *(if known)* **2:21-bk-19157-ER** |
|---|---|---|

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **1604 Sunset Plaza LLC vs. East West Bank; First American Title Insurance Company**<br>21STCV22169 | **Civil** | **Superior Court of California Los Angeles County 111 N Hill St. Los Angeles, CA 90012** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **1604 Sunset Plaza, LLC vs. East West Bank; First American Title Insurance Company**<br>21STCV22223 | **Civil** | **Superior Court of California County of Los Angeles 111 N Hill St. Los Angeles, CA 90012** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **A. Stuart Rubin, Annette Rubin, 1604 Sunset Plaza, LLC, Stuart Rubin and Annette Rubin, as Trustees of the Stuart and Annette Rubin FamilyTrust, dated 11/4/2003; and Elliot Lander, as Trustee of the Stuart Rubin Children's Trust, dated 12/21/2001 vs. Preferred Bank; SIS Associates, Inc., dba Lender's Foreclosure Services**<br>20CV03206 (Dismissed) | **Civil** | **Superior Court of California County of Santa Barbara 1100 Anacapa St,. Santa Barbara, CA 93101** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **A. Stuart Rubin, Annette Rubin, 1604 Sunset Plaza, LLC, Stuart Rubin and Annette Rubin, as Trustees of the Stuart and Annette Rubin FamilyTrust, dated 11/4/2003; and Elliot Lander, as Trustee of the Stuart Rubin Children's Trust, dated 12/21/2001 vs. Preferred Bank**<br>21CV03982 | **Civil** | **Superior Court of California County of Santa Barbara 1100 Anacapa St. Santa Barbara, CA 93101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **1604 Sunset Plaza, LLC** | Case number *(if known)* | **2:21-bk-19157-ER** |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10.** **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11.** **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Arent Fox LLP**<br>**555 West Fifth Street, 48th Floor**<br>**Los Angeles, CA 90013-1065** | **See employment application.** | **12/9/2021** | **$100,000.00** |
| | **Email or website address**<br>**arentfox.com** | | | |
| | **Who made the payment, if not debtor?**<br>**CRG Investment MGMT LLC** | | | |

---

**12.** **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13.** **Transfers not already listed on this statement**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **1604 Sunset Plaza, LLC** | Case number *(if known)* | **2:21-bk-19157-ER** |
|---|---|---|---|

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | **1604 Sunset Plaza, LLC** | Case number *(if known)* **2:21-bk-19157-ER** |
|---|---|---|

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| One or more non-Debtor affiliates. | **1604 Sunset Plaza Dr. Los Angeles, CA 90069** | **Miscellaneous furniture and art owned by non-debtor party.** | **Unknown** |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Debtor    **1604 Sunset Plaza, LLC**                                    Case number *(if known)*    **2:21-bk-19157-ER**

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Jeff Bazyler, CPA<br>Jeff Bazyler & Associates<br>1000 Wilshire Blvd Ste 1660<br>Los Angeles, CA 90017** | **2019-current** |
| 26a.2.    **Scott Eisner, CPA<br>225 S Lake Ave Suite 400<br>Pasadena, CA 91101** | **2019-2020** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Jeff Bazyler, CPA<br>Jeff Bazyler & Associates<br>1000 Wilshire Blvd Ste 1660<br>Los Angeles, CA 90017** | **2019-current** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2.    **Scott Eisner, CPA<br>225 S Lake Ave Suite 400<br>Pasadena, CA 91101** | **2019-2020** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Jeff Bazyler, CPA<br>1000 Wilshire Blvd Ste 1660<br>Los Angeles, CA 90017** | **2019-current** |
| 26c.2.    **Scott Eisner, CPA<br>225 S Lake Ave Suite 400<br>Pasadena, CA 91101** | **2019-2020** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial

| Debtor | **1604 Sunset Plaza, LLC** | Case number *(if known)* | **2:21-bk-19157-ER** |
|---|---|---|---|

statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| DLJJ & Associates, LLC | 1802 So. La Cienega Blvd. Los Angeles, CA 90035 | Manager | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| The Stuart and Annette Rubin Family Trust UAD 11/3/2003 | 715 North Alpine Drive Beverly Hills, CA 90210 | Member and Manager | 100% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor   **1604 Sunset Plaza, LLC**                                  Case number *(if known)*  **2:21-bk-19157-ER**

---

| Part 14: | Signature and Declaration |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      12/23/2021

_____           **Annette Rubin, Trustee of The Stuart and**
Signature of individual signing on behalf of the debtor      **Annette Rubin Family Trust UAD 11/3/2003**
                                                                        Printed name

Position or relationship to debtor     **Manager**

_____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  **1604 Sunset Plaza, LLC** _____  Case No.  **2:21-bk-19157-ER** _____

Debtor(s)    Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **Hourly** |
    | Prior to the filing of this statement I have received | $ | **100,000** |
    | Balance Due | $ | **N/A** |

2.  The source of the compensation paid to me was:

    ☐ Debtor    ■ Other (specify):    **CRG Investment MGMT LLC. See employment application.**

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
        **See Application for an Order Authorizing the Employment of Arent Fox LLP as General Bankruptcy and
        Recturcting Counsel for the Debtors and Debtors-in Possession, Effective as of December 9, 2021 [Dkt no. 17]
        ("Employment Application").**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

12/23/2021 _____

_Date_

/s/ M. Douglas Flahaut

**M. Douglas Flahaut**
_Signature of Attorney_
**Arent Fox LLP**
**555 West Fifth Street, 48th Floor**
**Los Angeles, CA 90013-1065**
**213.629.7400  Fax: 213.629.7401**
**Douglas.Flahaut@arentfox.com**
_Name of law firm_

---

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **M. Douglas Flahaut**<br>**555 West Fifth Street, 48th Floor**<br>**Los Angeles, CA 90013-1065**<br>213.629.7400 Fax: 213.629.7401<br>California State Bar Number: **245558 CA**<br>Douglas.Flahaut@arentfox.com | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**1604 Sunset Plaza, LLC**

CASE NO.: **2:21-bk-19157-ER**

CHAPTER: **11**

### VERIFICATION OF MASTER MAILING LIST OF CREDITORS

[LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of **2** sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: ___12/23/2021___

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: ___12/23/2021___

*/s/ M. Douglas Flahaut*

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015

**F 1007-1.MAILING.LIST.VERIFICATION**

.

1604 Sunset Plaza, LLC
1801 So. La Cienega Blvd. #301
Los Angeles, CA 90035


M. Douglas Flahaut
Arent Fox LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065


DLJJ & Assoicates LLC
1801 S. La Cienega Blvd. #301
Los Angeles, CA 90035


East West Bank
135 N. Los Robles Ave. 7 th Floor
Pasadena, CA 91101


Lenders Foreclosure Services
2158 Durfee Ave
South El Monte, CA 91733


Los Angeles Department of Water
and Power
P.O. Box 30808
Los Angeles, CA 90030-0808


Maita Prout
c/o East West Bank
135 N Los Robles Ave Ste 300
Pasadena, CA 91101


Michael E. Bubman
Mirman, Bubman & Nahmias, LLP
21860 Burbank Boulevard, Suite 360
Woodland Hills, CA 91367

Preferred Bank
601 South Figueroa Street
Los Angeles, CA 90017


Preferred Bank
1801 Century Park East Ste. 100
Los Angeles, CA 90067-2303


Preferred Bank
9350 Flair Drive Suite 425
El Monte, CA 91731


SoCal Gas
Centralized Correspondence
P.O. Box 1626
Monterey Park, CA 91754-8626


Stuart Rubin
715 North Alpine Drive
Beverly Hills, CA 90210


The Stuart and Annette Rubin Family
Trust UAD 11/3/2003
715 North Alpine Drive
Beverly Hills, CA 90210

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **M. Douglas Flahaut**<br>**555 West Fifth Street, 48th Floor**<br>**Los Angeles, CA 90013-1065**<br>**213.629.7400 Fax: 213.629.7401**<br>California State Bar Number: **245558 CA**<br>**Douglas.Flahaut@arentfox.com** | |

☑ *Attorney for: Debtor*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>    **1604 Sunset Plaza, LLC**<br><br>                          Debtor(s),<br><br>           Plaintiff(s),<br><br><br><br><br><br>                          Defendant(s). | CASE NO.: **2:21-bk-19157-ER**<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,  __Annette Rubin_____ , the undersigned in the above-captioned case, hereby declare
          *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                        **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.     I have personal knowledge of the matters set forth in this Statement because:

       ☑ I am the president or other officer or an authorized agent of the Debtor corporation

       ☐ I am a party to an adversary proceeding

       ☐ I am a party to a contested matter

       ☐ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

       *[For additional names, attach an addendum to this form.]*

b.     ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date    12/23/2021

By: _____
     Signature of Debtor, or attorney for Debtor

Name:   **1604 Sunset Plaza, LLC**
       Printed name of Debtor, or attorney for
       Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

F 1007-4.CORP.OWNERSHIP.STMT

1   M. Douglas Flahaut (SBN 245558)
    Christopher K.S. Wong (SBN 308048)
2   Dylan J. Yamamoto (SBN 324601)
3   **ARENT FOX LLP**
    555 West Fifth Street, 48th Floor
4   Los Angeles, CA  90013-1065
    Telephone:    213.629.7400
5   Facsimile:    213.629.7401
    E-mail:    douglas.flahaut@arentfox.com
6                christopher.wong@arentfox.com
7                dylan.yamamoto@arentfox.com

8   *Proposed* General Bankruptcy and Restructuring
    Counsel for Debtor and Debtor-in-Possession
9

10            **UNITED STATES BANKRUPTCY COURT**

11            **CENTRAL DISTRICT OF CALIFORNIA**

12               **LOS ANGELES DIVISION**

13

14   In re                                    Case No. 8:21-bk-12276-SC

15   **1604 SUNSET PLAZA, LLC**, a California      Chapter 11
     limited liability company,

16            Debtor and Debtor-in-Possession.

17                                            **END NOTES REGARDING SCHEDULES
                                             AND STATEMENT OF FINANCIAL
18                                           AFFAIRS**

19

20

21

22

23

24

25

26

27

28

**END NOTES REGARDING SCHEDULES OF ASSETS AND LIABILITIES AND
STATEMENT OF FINANCIAL AFFAIRS**

**<u>Overview of Schedules and SOFA</u>**

The above-captioned debtor and debtor-in-possession 1604 Sunset Plaza, LLC (the "Debtor"), is filing its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "SOFA") in the above-captioned case. These Notes Regarding the Debtor's Schedules and SOFA pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtor's Schedules and SOFA. They should be referred to, considered, and reviewed in connection with any review of the Schedules and SOFA. In the event that the Schedules or SOFA differ from anything contained in these Notes, these Notes shall control.

On December 9, 2021 (the "Petition Date"), the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtor is operating its business as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. Unless otherwise specified, the asset information provided herein represents the best available asset data as of the close of business on December 9, 2021. The liability information represents the best available liability data of the Debtor as of the close of business on December 9, 2021.

The Schedules and SOFA do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Debtor. Additionally, the Schedules and SOFA contain unaudited information that is subject to further review, potential adjustment, and reflect the Debtor's best commercially reasonable efforts to report the assets and liabilities of the Debtor.

In preparing and Schedules and SOFA, the Debtor relied on financial information derived from its books and records available at the time of such preparation. While reasonable efforts have been made to provide accurate and complete information, inadvertent errors and omissions may exist and the Debtor acknowledges its ongoing duty to update or revise these schedules if it becomes appropriate. The Debtor's Manager, Annette Rubin, in her capacity as Trustee of the Stuart and Annette Rubin Family Trust UAD 11/3/2003, has signed each of the Schedules and the SOFA. Ms.

- 2 -

Rubin is familiar with the day-to-day operations, business, and financial affairs of the Debtor and she (as trustee of the Stuart and Annette Rubin Family Trust UAD 11/3/2003) is an authorized signatory for the Debtor.  In reviewing and signing the Schedules and SOFA, Ms. Rubin has relied upon the efforts, statements, and representations of various personnel of the Debtor and its advisors. Ms. Rubin has not personally verified the accuracy of each statement and representation contained in the Schedules and SOFA, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.  Ms. Rubin has reviewed the Schedules and SOFA carefully, however, and believes them to be accurate.

Debtor's proposed counsel was retained on December 9, 2021, and it is in the process of investigating the Debtor's assets and liabilities.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and SOFA; however, inadvertent errors or omissions may exist. The Debtor reserves all rights to (i) amend or supplement the Schedules and/or SOFA from time to time, in all respects, as may be necessary or appropriate, including the right to re-characterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules or SOFA at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired post-petition.

**Specific Notes with Respect to the Debtor's Schedules of Assets and Liabilities**

The Schedules neither purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with any financial statements of the Debtor. Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtor's reasonable best efforts to report the assets and liabilities of the Debtor.  Moreover, given, among other things, questions about the characterization of certain assets and the valuation and nature of certain liabilities, nothing herein is an admission that such Debtor was solvent or insolvent as of the Petition Date or at any time before the Petition Date.

1.    **Schedule A/B, Part 1, Question 3 - Checking, savings, money market, or financial brokerage accounts**

The amount listed for the Debtor's pre-petition bank accounts at East West Bank (Account Numbers ending. 8924 and 2405) in the aggregate amount of $5,868.36 is as of November 30, 2021. The Debtor has requested from East West Bank its December statement to determine the amount remaining in each account at close of business on the date the bankruptcy petition was filed.

**2.    Schedule A/B, Part 11, Question 74 – Causes of action against third parties**

The Debtor only listed active affirmative litigation on the Schedules. Despite making commercially reasonable efforts to identify all known litigation matters, the Debtor may not have listed all of its causes of action or potential causes of action against third-parties as assets in the Schedules and SOFA, including, without limitation, causes of actions arising under the provisions of Chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtor reserves all rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law.

**3.    Schedule D, Part 1, Question 2.2 – List of Creditors Who Have Secured Claims**

With respect to Preferred Bank, the claim is listed as disputed," "contingent," and "unliquidated" and the amount listed therein does not constitute an admission of liability by the Debtor. It is the Debtor's position that the claim is subject to disallowance; it is cross-collateralized with non-estate assets including that certain valuable property located at 4347 Marina Drive, Santa Barbara, California, and 715 N. Alpine Dr., Beverly Hills, California. The claim is subject to a pending breach of contract action, styled as *Rubin et al. v. Preferred*

- 4 -

*Bank et al,* Case No. 21CV03982, and a pending adversary proceeding styled as *1604 Sunset Plaza, LLC v. Preferred Bank and Lenders Foreclosure Services*, Adv. No. 2:21-ap-01245-ER, and nothing contained in the Schedules or SOFA shall constitute a waiver of rights with respect to the Debtor's Chapter 11 case, including, without limitation, issues involving claims, defenses, equitable subordination, and/or causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  Moreover, on December 10, 2021 the Debtor understands that Preferred Bank credit bid $9.2 million of its secured claim at a foreclosure sale of the 715 N. Alpine Dr. property such that notwithstanding anything else, the obligation owed to Preferred Bank, if any, should be reduced by such amount.

**4.    Schedule H, Question 2 – Codebtors**

The Debtor is in the process of investigating the extent to which additional persons may be liable on the debts listed in Schedule D and Schedule E/F, and if discovered, the Debtor will supplement Schedule H accordingly.

**5.    SOFA, Part 1, Question 1 – Gross Revenue from Business**

The Debtor is in the process of reviewing its Profit & Loss Statement and other records to determine the amount of rental income for the period from January 1, 2021 to the Petition Date, but believes that rental income was approximately $59,000 for the relevant period.

**6.    SOFA, Part 2, Question 21 – Property the Debtor Holds or Controls that the Debtor Does Not Own**

**7.**    The Debtor is in the business of short term and long term rentals.  Its rental property is fully staged and furnished with furniture and other personal property owned by non-Debtor affiliates.  The Debtor is in the process of compiling an itemized list of such items, and it will supplement the SOFA shortly.

**8.    SOFA, Part 2, Question 3 – Certain Payments or Transfers to Creditors Within 90 Days Before Filing this Case**

- 5 -

The Debtor is in the process of obtaining its prepetition bank statements from East West Bank and will amend its SOFA to the extent it discovers any additional transfers to creditors in aggregate value of more than $6,825.

**9.    SOFA, Part 2, Question 4 – Certain Payments or Transfers to Insiders Within 1 Year Before Filing this Case**

The Debtor is in the process of obtaining its prepetition bank statements from East West Bank and will amend its SOFA to the extent any transfer to an insider in aggregate value of more than $6,825 is discovered.

**END OF NOTES**

AFDOCS/25105925.2